## United States District Court

_____ DISTRICT OF _____ **CONNECTICUT** _____

FILED
2019 JUL -2 P 3: 30
US DISTRICT COURT
BRIDGEPORT CT

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

171 Spring Street, Bridgeport, Connecticut 06608

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**CASE NUMBER:**

3:19 mj 1051 (WIG)

I ___**Donhue Hibbert**___ being duly sworn depose and say:

I am a ___**Special Agent of the United States Drug Enforcement Administration**___ and have reason to believe that on the property or premises known as (name, description and/or location)

171 Spring Street, Bridgeport, Connecticut 06608, as more particularly described in Attachment C

in the _____ District of ___**Connecticut**___
there is now concealed a certain person or property, namely (describe the person or property to be seized)

    See Attachment D

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidence of the commission of the following criminal offenses: 21 U.S.C. §§ 841 and 846

The facts to support a finding of Probable Cause are as follows:

    See Attached Affidavit

Continued on the attached sheet and made a part hereof.      _x_ Yes ___ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

___June 5, 2003___      at ___Bridgeport, Connecticut___
                                                                       City and State

___William I. Garfinkel, U.S. Magistrate Judge___      /s/
**Name and Title of Judicial Officer**                                        Signature of Judicial Officer

ATTACHMENT C
DESCRIPTION OF PROPERTY

171 Spring Street, Bridgeport, Connecticut 06608, which is a multi-family dwelling. The dwelling is on the Northwest Corner of the intersection of Spring and Kossuth Streets. The dwelling has four separate front doors from the left to the right, bearing numbers 165, 167, 169 and 171, with number 171 being the door to the far right. The target door is labeled #17_. The last number of the #17(1) is missing from the door. The dwelling is light blue in color with white trim. Two separate white pillars are located on the front porch. Two (2) small vents are located on the front side top of the house. Door #171 has a white screen door, which opens out, and a brown wooden main door, which appears to open in. The dwelling is surrounded on the South (front) and East sides of the yard by a 4-foot chain link fence. A "Century 21 for Sale Sign" is posted on the front yard of the residence. Public sidewalk surrounds the South and East sides of the house. Over-grown weeds and small bushes surround the chain-link fence. Mailboxes are located on the porch wall next to the front doors.

ATTACHMENT D
Items to be Seized

1. Controlled substances, e.g., cocaine and/or heroin;

2. Narcotics residue;

3. Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, e.g., scales, grinders, plastic bags, or other packaging, heat sealing devices, tape and diluents, etc.;

4. Books, records, receipts, notes, ledgers and other papers relating to the distribution of controlled substances, the proceeds of said distribution, and the location/concealment and/or laundering of such proceeds;

5. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances and location of narcotics proceeds;

6. Cash, currency, and records relating to controlled substances, income and expenditures of money and wealth and containers for said items (i.e., safes, lockers, etc.) To wit: money order, wire transfers, cashier's checks, and receipts, bank statements or other records, investment account statements and other records, passbooks, checkbooks, and checkbook registers, safe deposit box rental agreements and safe deposit box keys, records relating to the buying and selling of bonds or other investment instruments, securities, dividends, and brokerage accounts, credit card statements, loan or mortgage records, insurance policies and related documents, as well as precious metals and gems such as gold, silver, diamonds, etc., which represent narcotics trafficking proceeds;

7. Items of personal property that tend to identify the person(s) in residence or vehicle, occupancy, control, or ownership of the premises and/or vehicles that are the subject of the warrant, including but not limited to canceled mail, deeds, titles, mortgage records, leases, rental agreements, photographs, video tapes, personal telephone books, diaries, utility and telephone bills, bank statements, identification documents, and keys;

8. Documents indicating travel in interstate commerce, to include notes and travel itineraries, bills, charge card receipts, car rental statements, rent-a-car receipts, frequent rental car user cards and statements, telephone bills, and papers relating to travel;



9. Cellular telephones, electronic paging devices, speed dial telephones, electronic speed dialing services, electronic personal organizers, caller identification memory devices, and the telephone numbers stored therein, telephone answering machines and the telephone answering machine tapes.