UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | MISC. NO. |
| OF THE UNITED STATES OF AMERICA | : | 3:19mJ 1050 (WIG) |
| FOR (1) A SEARCH OF A YELLOW | : | 3:19mJ 1051 (WIG) |
| TRANSPORTATION PACKAGE NUMBER | : | 3:19mJ 1052 (WIG) |
| 302 TSN 069 679766 1; (2) A TRACKING | : | |
| DEVICE; AND (3) A SEARCH OF THE | : | |
| PREMISES LOCATED AT 171 SPRING | : | |
| STREET, BRIDGEPORT, CONNECTICUT | : | JANUARY 19, 2018 |

## MOTION TO UNSEAL APPLICATIONS AND SEARCH WARRANTS, BUT TO RETAIN AFFIDAVIT UNDER SEAL

The United States of America, by John H. Durham, United States Attorney for the

District of Connecticut, by Stephen B. Reynolds, Assistant United States Attorney, moves the

Court for an order unsealing the search warrant applications, the application for a tracking

device, and the search warrants in this matter, but to retain the original affidavit under seal

because it contains personally identifying information. A redacted affidavit is enclosed for filing

on the public docket. This matter has concluded, and the case is now closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Stephen.Reynolds@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this 19th day Nov, 2018.

/s/
_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE